# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JONATHAN LEADER,** | : | |
| Plaintiff | : | No. 1:12-cv-02571 |
| | : | |
| v. | : | (Judge Kane) |
| | : | |
| **FRANK NOONAN and KIM STUDENROTH,** | : | |
| | : | |
| Defendants | : | |

## ORDER

**AND NOW**, on this 17th day of July 2014, for the reasons set forth in the accompanying memorandum, **IT IS HEREBY ORDERED THAT** Defendants' motion for summary judgment (Doc. No. 22) is **GRANTED**. The Clerk of Court is directed to enter judgment in favor of Defendants and to close the case.

S/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania